# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-40714
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
February 4, 2019

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

JUAN MANUEL VERA-DEMES,

Defendant – Appellant

Consolidated with No. 18-40715

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

JUAN MANUEL VERA-DEMES, also known as Celestino Alvarez, Jr., also known as Juan Vera,

Defendant-Appellant

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 1:18-CR-184-1
USDC No. 1:15-CR-242-1

No. 18-40714
c/w No. 18-40715

Before KING, ELROD, and WILLETT, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Juan Manuel Vera-Demes has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Vera-Demes has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS are DISMISSED. *See* 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.